## STATE v. HAMMONDS

No. 65A01

Case below: 141 N.C. App. 152

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 June 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001. Justice Edmunds recused.

## STATE v. HUNTER

No. 230P01

Case below: 142 N.C. App. 707

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.

## STATE v. LEGRANDE

No. 215A96-10; Reassigned number 462P01-1

Case below: Stanly County Superior Court

Motion by plaintiff pro se for civil complaint lawsuit against the State of N.C. for malicious & deliberate back-to-back erroneous convictions, imprisonments and sentence to death dismissed 7 June 2001. Motion by plaintiff pro se for civil claim against the State of N.C. for malicious & deliberate back-to-back erroneous convictions, imprisonments and sentence to death dismissed 7 June 2001. Motion by plaintiff pro se superseding civil claim against the State of N.C. for malicious and deliberate back-to-back erroneous convictions, imprisonments and sentence to death dismissed 7 June 2001.

## STATE v. LEGRANDE

No. 215A96-11; Reassigned number 462P01-2

Case below: Stanly County Superior Court

Petition by plaintiff pro se for writ of habeas corpus denied 7 June 2001.